| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |    & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | Post Montgomery Center |
| 3 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA  94104 |
| 4 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | shawnw@rgrdlaw.com |
|   |         – and – |
| 6 | TRAVIS E. DOWNS III (148274) |
|   | BENNY C. GOODMAN III (211302) |
| 7 | ERIC I. NIEHAUS (239023) |
|   | 655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101-3301 |
|   | Telephone: 619/231-1058 |
| 9 | 619/231-7423 (fax) |
|   | travisd@rgrdlaw.com |
| 10 | bennyg@rgrdlaw.com |
|   | eniehaus@rgrdlaw.com |
| 11 | |
|   | Attorneys for Plaintiffs Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust and |
| 12 | City of Westland Police and Fire Retirement System |
| 13 | [Additional counsel appear on signature page.] |
| 14 | UNITED STATES DISTRICT COURT |
| 15 | NORTHERN DISTRICT OF CALIFORNIA |
| 16 | SAN FRANCISCO DIVISION |

| | | | |
|---|---|---|---|
| 17 | PIRELLI ARMSTRONG TIRE | ) | No. 3:11-cv-02369-SI |
|    | CORPORATION RETIREE MEDICAL | ) | |
| 18 | BENEFITS TRUST, Derivatively on Behalf of | ) | STIPULATION AND [P~~ROPOSED~~] ORDER |
|    | WELLS & FARGO COMPANY, | ) | RELATING CASES [CIV. LR 3-12] |
| 19 | | ) | |
|    |                 Plaintiff, | ) | |
| 20 | | ) | |
|    |      vs. | ) | |
| 21 | | ) | |
|    | JOHN G. STUMPF, et al., | ) | |
| 22 | | ) | |
|    |                 Defendants, | ) | |
| 23 | | ) | |
|    |      – and – | ) | |
| 24 | | ) | |
|    | WELLS FARGO & COMPANY, a Delaware | ) | |
| 25 | corporation, | ) | |
|    | | ) | |
| 26 |                 Nominal Defendant. | ) | |
|    | _____ | ) | |
| 27 | | | |
|    | [Caption continued on following page.] | | |
| 28 | | | |

632033_1

| | | |
|---|---|---|
| 1 | CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM, Derivatively on Behalf of WELLS & FARGO COMPANY, ) ) ) ) | No. 4:11-cv-02548-DMR |
| 2 | | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | JOHN G. STUMPF, et al., ) ) | |
| 6 | Defendants, ) ) | |
| 7 | – and – ) ) | |
| 8 | WELLS FARGO & COMPANY, a Delaware corporation, ) ) ) | |
| 9 | | |
| 10 | Nominal Defendant. ) ) | |
| 11 | GERALD GORBERG, Derivatively on Behalf of WELLS & FARGO COMPANY, ) ) ) | No. 3:11-cv-02577-MEJ |
| 12 | Plaintiff, ) ) | |
| 13 | vs. ) ) | |
| 14 | JOHN G. STUMPF, et al., ) ) | |
| 15 | Defendants, ) ) | |
| 16 | – and – ) ) | |
| 17 | WELLS FARGO & COMPANY, a Delaware corporation, ) ) ) | |
| 18 | | |
| 19 | Nominal Defendant. ) ) | |

[Caption continued on following page.]

632033_1

| | | |
|---|---|---|
| 1 | LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM and IBEW LOCAL UNION 98, Derivatively on Behalf of WELLS & FARGO COMPANY, | ) No. 4:11-cv-02662-DMR ) ) ) |
| 2 | | ) |
| 3 | | ) |
| 4 | Plaintiffs, | ) ) |
| 5 | vs. | ) ) |
| 6 | JOHN G. STUMPF, et al., | ) ) |
| 7 | Defendants, | ) ) |
| 8 | – and – | ) ) |
| 9 | WELLS FARGO & COMPANY, a Delaware corporation, | ) ) ) |
| 10 | Nominal Defendant. | ) ) |
| 11 | | ) |

632033_1

1  WHEREAS, there are presently four related shareholder derivative actions on behalf of nominal party Wells Fargo pending before the United States District Court for the Northern District of California, San Francisco Division: (1) *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust v. Stumpf*, No. 3:11-cv-02369 (N.D. Cal.); (2) *City of Westland Police and Fire Ret. Sys. v. Stumpf*, No. 4:11-cv-02548 (N.D. Cal.); (3) *Gerald Gorberg v. Stumpf*, No. 3:11-cv-02577 (N.D. Cal.); and (4) *Louisiana Mun. Police Emps. Ret. Sys. v. Stumpf*, No. 4:11-cv-02662 (N.D. Cal.);

WHEREAS, the derivative actions listed above were filed on May 13, 2011, May 25, 2011, May 27, 2011 and June 2, 2011, respectively, and assert claims for breach of fiduciary duty, among other claims, arising from defendants' allegedly improper conduct in connection with Well Fargo's foreclosure practices[1];

WHEREAS, the four related Wells Fargo derivative actions arise from the same questions of law and fact and allege substantially the same wrongful conduct against essentially the same defendants.

The parties, having met and conferred, hereby agree and stipulate that the four Wells Fargo derivative actions listed herein should be deemed related within the meaning of Local Rule 3-12(a), as set forth in plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

The parties also hereby agree and stipulate that the four related Wells Fargo derivative actions listed herein be assigned to the Honorable Susan Illston, United States District Judge.

IT IS SO STIPULATED.

DATED: June 20, 2011                 ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     SHAWN A. WILLIAMS

                                     ___/s/ Shawn A. Williams___
                                     SHAWN A. WILLIAMS

---

[1]  Defendants are the members of the Board of Directors of Wells Fargo – defendants John G. Stumpf, John D. Baker, II, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D. McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J. Quigley, Judith M. Runstad, Steven W. Sanger and Susan G. Swenson.

```
 1                                    Post Montgomery Center
 2                                    One Montgomery Street, Suite 1800
                                      San Francisco, CA  94104
 3                                    Telephone: 415/288-4545
                                      415/288-4534 (fax)
 4
                                      ROBBINS GELLER RUDMAN
 5                                      & DOWD LLP
                                      TRAVIS E. DOWNS III
 6                                    BENNY C. GOODMAN III
                                      ERIC I. NIEHAUS
 7                                    655 West Broadway, Suite 1900
                                      San Diego, CA  92101-3301
 8                                    Telephone:  619/231-1058
                                      619/231-7423 (fax)
 9
                                      Attorneys for Plaintiffs
10                                    Pirelli Armstrong Tire Corporation Retiree
                                      Medical Benefits Trust and City Of Westland
11                                    Police and Fire Retirement System

12   DATED:  June 20, 2011             BARRETT JOHNSTON, LLC
                                       GEORGE E. BARRETT
13                                     DOUGLAS S. JOHNSTON, JR.
                                       TIMOTHY L. MILES
14

15
                                                 /s/ Timothy L. Miles
16                                              TIMOTHY L. MILES

17                                     217 Second Avenue, North
                                       Nashville, TN  37201-1601
18                                     Telephone:  615/244-2202
                                       615/252-3798 (fax)
19
                                       Attorneys for Plaintiff
20                                     Pirelli Armstrong Tire Corporation Retiree
                                       Medical Benefits Trust
21
     DATED:  June 20, 2011              BARRACK, RODOS & BACINE
22                                      STEPHEN R. BASSER
                                        SAMUEL WARD
23

24                                               /s/ Stephen R. Basser
                                                STEPHEN R. BASSER
25
                                        600 West Broadway, Suite 900
26                                      San Diego, CA 92101
                                        Telephone: 619/230-0800
27                                      619/230-1874 (fax)

28
```

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | BARRACK, RODOS & BACINE |
|   |   | DANIEL BACINE |
|   |   | JEFFREY BARRACK |
| 3 |   | 3300 Two Commerce Square |
|   |   | 2001 Market Street |
| 4 |   | Philadelphia, PA  19103 |
|   |   | Telephone:  215/963-0600 |
| 5 |   | 215/963-0838 (fax) |
| 6 |   | Attorneys for Plaintiffs, |
|   |   | *Gerald Gorberg* and *Louisiana Municipal Police* |
| 7 |   | *Employees Retirement System and IBEW Local* |
|   |   | *Union 98* |
| 8 |   |   |
|   | DATED:  June 20, 2011 | HOWARD RICE NEMEROVSKI CANADY |
| 9 |   |   FALK & RABKIN |
|   |   | A Professional Corporation |
| 10 |   | GILBERT R. SEROTA |
|   |   | SARAH A. GOOD |
| 11 |   | MARC PRICE WOLF |

                         /s/ Sarah A. Good
                         SARAH A. GOOD

Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
Telephone:  415/434-1600
415/677-6262 (fax)

Attorneys for Defendants
*John G. Stumpf, John D. Baker II, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D. McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J. Quigley, Judith M. Runstad, Steven W. Sanger and Susan G. Swenson, and Nominal Defendant Wells Fargo & Company*

1  I, Shawn Williams, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Relating Cases. In compliance with General Order 45, X.B., I
2  hereby attest that Timothy L. Miles, Stephen R. Basser and Sarah A. Good have concurred in this filing.
3
4
5             /s/ Shawn A. Williams
              SHAWN A. WILLIAMS
6
7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

   DATED:   6/22/11
8                                         THE HONORABLE SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

632033_1   STIPULATION AND [PROPOSED] ORDER RELATING CASES [CIV. LR 3-12] - 3:11-cv-02369-SI   - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20, 2011.

  s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:shawnw@rgrdlaw.com

632033_1

# Mailing Information for a Case 3:11-cv-02369-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Douglas S. Johnston**
  djohnston@barrettjohnston.com

- **Gilbert Ross Serota**
  gserota@hrice.com,nprince@howardrice.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc Joel Price Wolf**
  mpricewolf@howardrice.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joe Kendall
Provost & Umphrey Law Firm, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Joe McKey
Kendall Law Group, LLP
3232 McKinny Avenue, Sutie 700
Dallas, TX 75204

Timothy L. Miles
Barrett Johnston LLC
217 Second Avenue North
Nashville, TN 37201-1601
```