UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GORBERG, derivatively on behalf of WELLS FARGO & COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. STUMPF, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEVEN W. SANGER and SUSAN G. SWENSON,<br><br>Defendants,<br><br>-and-<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No.: 11-CV-2577-SI<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL OF GORBERG ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Hearing Date:  N/A<br>Time:          N/A<br>Courtroom:     Hon. Susan Illston<br><br>Complaint Filed: May 27, 2011 |

[Proposed] Order Granting Request for Voluntary Dismissal

1 | Based on Plaintiff's Request for voluntary dismissal, and good cause appearing therefore, IT IS HEREBY ORDERED that the *Gorberg* Action only is dismissed without prejudice and without need to provide notice of such dismissal to Wells Fargo shareholders.

DATED this __18__ day of __Aug.__, 2011    _____/s/ Susan Illston_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)


_____/s/_____
STEPHEN R. BASSER

600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  619/230-0800
619/230-1874 (fax)


BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY A. BARRACK
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/963-0600
215/963-0838 (fax)

*Counsel for Plaintiff Gerald Gorberg*

1 - [Proposed] Order Granting Request for Voluntary Dismissal